cc: FISCAL

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-7819
    Email: Zoran.Segina@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRENCE BINGHAM,<br><br>    Defendant. | No. 5:20-CV-1387 JGB<br><br>[CR 02-1276 JSL]<br><br>**JUDGMENT AGAINST GARNISHEE THE LOS ANGELES UNIFIED SCHOOL DISTRICT**<br><br>[28 U.S.C. § 3205(c)(6)] |
|---|---|

    On July 17, 2020, pursuant to the Application by the United States, the Court issued a Writ of Garnishment to enforce the criminal judgment debt entered in *United States v. Terrence Bingham*, CR 02-1276-JSL. (Dkt. Nos. 4, 6.)

    On July 20, 2020, the United States ("Plaintiff") served the Writ of Garnishment on Los Angeles Unified School District ("Garnishee"), which required Garnishee to withhold and retain Terrence Bingham's ("Defendant") non-exempt interest in the

property subject to the July 17, 2020 Writ of Garnishment, specifically 25% of Defendant's non-exempt disposable earnings,[1] until further order from the Court. (Dkt. No. 7.)

Garnishee is required to answer the Writ within 10 days of receipt of service of the Writ. 28 U.S.C. § 3205(c)(2)(E). Garnishee failed to answer the Writ.

On February 12, 2021, upon Plaintiff's petition, the Court issued an Order to Show Cause, which directed Garnishee to appear and show cause why it failed to answer the writ and/or withhold the non-exempt property of Defendant.

On March 29, 2021, Garnishee failed to appear before this Court to show cause why it failed to answer the writ and withhold the non-exempt property of Defendant specifically 25% of Defendant's non-exempt disposable earnings.

Accordingly, and pursuant to 28 U.S.C. § 3205 (c)(6), the Court enters judgment against Garnishee as follows:

IT IS ORDERED that Garnishee is liable to Plaintiff for the value of Defendant non-exempt interest in the property, specifically 25% of Defendant's non-exempt disposable earnings since the date of service upon Garnishee. Garnishee shall pay to the United States the sum of $9,600, representing the estimated value of 25% Defendant's non-exempt interest in disposable earnings commencing from July 20, 2020, when the Writ of Garnishment was served on Garnishee, to present.

IT IS FURTHER ORDERED that going forward, Garnishee shall continue making payments equal to 25% of Defendant's non-exempt disposable earnings to Plaintiff, until the judgment debt of $13,895.63 is paid in full, or until Garnishee no longer has possession, custody, or control of any earnings belonging to Defendant, or until further Order of the Court.

///

///

---

[1] Disposable earnings are calculated by deducting applicable federal, state, and local taxes from the gross earnings. 15 U.S.C. § 1672(b).

    Garnishee shall make payment(s) by sending cashier's or corporate check(s) or money order(s) made payable to the "Clerk, United States District Court" to following address:

> **Clerk's Office**
> **United States District Court**
> **255 East Temple Street, Room 1178**
> **Los Angeles, CA 90012-4708**
> **ATTN: Fiscal Section**

    The Memo line on the check(s) or money order(s) must include the *criminal case name and number* and the name of defendant Terrence Bingham (i.e., *United States v. Terrence Bingham*, CR 02-1276 JSL).

    IT IS SO ORDERED.

DATED: April 12, 2021

                                      HONORABLE JESUS G. BERNAL
                                      UNITED STATES DISTRICT JUDGE